```
                                              FILED
                                         U.S. DISTRICT COURT
                                        EASTERN DISTRICT OF LA

                                         2006 APR -3 P 1:58

                                          LORETTA G. WHYTE
                                                CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BETTY A. HARRIS                                CIVIL ACTION

VERSUS                                         NO. 05-3248

JO ANNE B. BARNHART, COMMISIONER               SECTION "A"(2)
OF SOCIAL SECURITY

### ORDER

The Court having considered the petition, the record, the applicable law, and Plaintiff's objections to the magistrate judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Accordingly;

**IT IS ORDERED** that the petition of Betty A. Harris should be and is hereby **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, March 31, 2006.

_____
UNITED STATES DISTRICT JUDGE

```
___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No._____
```